UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 14-14411 |
|---|---|---|
| | § | |
| VIRGINIA MAGDALENO | § | |
| EMILIO SANCHEZ MAGDALENO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Trudi G. Manfredo, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $179,550.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,377.70 | Claims Discharged Without Payment: | $38,670.35 |
| Total Expenses of Administration: | $3,322.30 | | |

   3)   Total gross receipts of $10,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,400.00 (see **Exhibit 2),** yielded net receipts of $7,700.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,100.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,322.30 | $3,322.30 | $3,322.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,652.98 | $18,358.07 | $18,358.07 | $4,377.70 |
| **Total Disbursements** | $40,752.98 | $21,680.37 | $21,680.37 | $7,700.00 |

4). This case was originally filed under chapter 7 on 09/04/2014. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2015              By:   /s/ Trudi G. Manfredo
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Chevrolet Silverado 1500 55,000 miles | 1129-000 | $10,100.00 |
| **TOTAL GROSS RECEIPTS** | | $10,100.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| VIRGINIA MAGDALENO AND EMILIO MAGDALENO | Exemptions | 8100-002 | $2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,400.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USDA Rural Housing | 4110-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,100.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trudi G. Manfredo, Trustee | 2100-000 | NA | $1,520.00 | $1,520.00 | $1,520.00 |
| Trudi G. Manfredo, Trustee | 2200-000 | NA | $144.37 | $144.37 | $144.37 |
| International Sureties, Ltd. | 2300-000 | NA | $7.82 | $7.82 | $7.82 |
| Trudi G. Manfredo | 2300-000 | NA | ($2.93) | ($2.93) | ($2.93) |
| Integrity Bank | 2600-000 | NA | $38.04 | $38.04 | $38.04 |
| Gould Auction & Appraisal Company, Auctioneer for Trustee | 3610-000 | NA | $1,515.00 | $1,515.00 | $1,515.00 |
| Gould Auction & Appraisal Company, Auctioneer for Trustee | 3620-000 | NA | $100.00 | $100.00 | $100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $3,322.30 | $3,322.30 | $3,322.30 |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---------|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $282.00 | $282.67 | $282.67 | $67.42 |
| 2 | Discover Bank | 7100-000 | $2,021.00 | $2,021.30 | $2,021.30 | $482.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $1,104.00 | $1,121.88 | $1,121.88 | $267.53 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $1,835.00 | $1,844.04 | $1,844.04 | $439.73 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $1,435.00 | $1,453.21 | $1,453.21 | $346.54 |
| 6 | Capital One, N.A. | 7100-000 | $817.00 | $867.58 | $867.58 | $206.88 |
| 7 | Capital Recovery V, LLC | 7100-000 | $0.00 | $3,496.17 | $3,496.17 | $833.70 |
| 8 | Capital Recovery V, LLC | 7100-000 | $1,909.00 | $1,909.21 | $1,909.21 | $455.27 |
| 9 | Capital Recovery V, LLC | 7100-000 | $661.00 | $661.88 | $661.88 | $157.83 |
| 10 | Capital Recovery V, LLC | 7100-000 | $617.00 | $617.40 | $617.40 | $147.23 |
| 11 | Capital Recovery V, LLC | 7100-000 | $776.00 | $776.16 | $776.16 | $185.08 |
| 12 | Capital Recovery V, LLC | 7100-000 | $1,177.00 | $1,177.18 | $1,177.18 | $280.71 |
| 13 | PYOD LLC its successors and assigns | 7100-000 | $466.00 | $466.86 | $466.86 | $111.33 |
| 14 | PYOD LLC its successors and assigns | 7100-000 | $0.00 | $763.58 | $763.58 | $182.08 |
| 15 | Cavalry Spv I, LLC | 7100-000 | $863.00 | $898.95 | $898.95 | $214.37 |
|  | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | California Imaging Institute | 7100-000 | $207.06 | $0.00 | $0.00 | $0.00 |
|  | Cap1/berpl | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Cap1/bstby | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cap1/bstby | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cap1/bstby | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cap1/bstby | 7100-000 | $164.00 | $0.00 | $0.00 | $0.00 |
| Cap1/gotts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $2,365.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $5,842.00 | $0.00 | $0.00 | $0.00 |
| Chevron Texaco/ Citicorp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citibank Usa | 7100-000 | $724.00 | $0.00 | $0.00 | $0.00 |
| Citibank Usa | 7100-000 | $2,469.00 | $0.00 | $0.00 | $0.00 |
| Citifinancial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/fashbug | 7100-000 | $326.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dsnb Macys | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| DSRM National Bank/Diamond | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
| Franchise Tax Board | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB / HH Gregg | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/JC Penny | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/JC Penny | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/JC Penny | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Lowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Lowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Lowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Lowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Sams Club | 7100-000 | $3,428.00 | $0.00 | $0.00 | $0.00 |
| Gemb/walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Golden 1 Credit Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Madera | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ambulatory Endoscopy Center | | | | | |
| Madera Ambulatory Endoscopy Center | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| Madera Community Hospital | 7100-000 | $1,193.92 | $0.00 | $0.00 | $0.00 |
| Madera Community Hospital | 7100-000 | $1,836.00 | $0.00 | $0.00 | $0.00 |
| Medvetta Fin | 7100-000 | $189.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $585.00 | $0.00 | $0.00 | $0.00 |
| Official Pest Prevention | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
| Pacific Medical | 7100-000 | $938.00 | $0.00 | $0.00 | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sears/cbna | 7100-000 | $712.00 | $0.00 | $0.00 | $0.00 |
| Social Security Administration | 7100-000 | $1,768.00 | $0.00 | $0.00 | $0.00 |
| Stellar Recovery Inc | 7100-000 | $193.00 | $0.00 | $0.00 | $0.00 |
| Syncb/care Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/mervyns | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/mervyns | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/syncb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjx Cos | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target N.b. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Td Bank Usa/targetcred | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Texaco / Citibank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Visa Dept. Stores | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Westamerica Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wffnb Retail | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wfs Financial/Wachovia Dealer Srvs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $38,652.98 | $18,358.07 | $18,358.07 | $4,377.70 |

| Case No.: | 14-14411-B-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | MAGDALENO, VIRGINIA AND MAGDALENO, EMILIO SANCHEZ | Date Filed (f) or Converted (c): | 09/04/2014 (f) |
| For the Period Ending: | 11/12/2015 | §341(a) Meeting Date: | 10/14/2014 |
| | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Primary residence located at: 28540 Ave. 13-1/4 Madera CA 93638 | $85,000.00 | $0.00 | | $0.00 | FA |
| 2  Checking account located at: Union Bank of California | $150.00 | $0.00 | | $0.00 | FA |
| 3  Ordinary household goods and furnishings. No item greater than $650 | $1,200.00 | $0.00 | | $0.00 | FA |
| 4  Ordinary wardrobe | $100.00 | $0.00 | | $0.00 | FA |
| 5  Ordinary wardrobe | $100.00 | $0.00 | | $0.00 | FA |
| 6  Ring | $100.00 | $0.00 | | $0.00 | FA |
| 7  1987 Mitsubishi Pick Up 220,000 miles | $500.00 | $0.00 | | $0.00 | FA |
| 8  2007 Chevrolet Silverado 1500 55,000 miles | $6,656.00 | $4,256.00 | | $10,100.00 | FA |
| 9  Tax refund via tax intercept  (u) | $0.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes:    Debtors not getting a refund | | | | | |
| 10  Asset entered in error  (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $93,806.00 | $6,256.00 | | $10,100.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/22/2015 | Case turned over to assistant for her portion of TFR. |
| 03/30/2015 | Still waiting to receive 2014 tax returns/refunds. |
| 01/17/2015 | Claims bar date is 3-13-15.  Auction has been held.  Waiting to see 2014 tax return |
| 12/18/2014 | Order authorizing Trustee to hire auctioneer and hold public auction has been filed. |
| 11/10/2014 | 341(a) Auctioneer to pick up 2007 Chevrolet Silverado. |
| 10/14/2014 | 341(A) Requested title documents to vehicles. |

**Initial Projected Date Of Final Report (TFR):**   12/31/2017      **Current Projected Date Of Final Report (TFR):**   12/31/2017

/s/ TRUDI G. MANFREDO

TRUDI G. MANFREDO

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-14411-B-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | MAGDALENO, VIRGINIA AND MAGDALENO, EMILIO SANCHEZ | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4797 | Checking Acct #: | ******4411 |
| Co-Debtor Taxpayer ID #: | **-***4798 | Account Title: | |
| For Period Beginning: | 9/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2015 | (8) | Gould Auction & Appraisal Company | auction proceeds sale of 07 Chevy 1500 | 1129-000 | $10,100.00 | | $10,100.00 |
| 01/07/2015 | 3001 | Gould Auction & Appraisal Company | Auctioneer fees | 3610-000 | | $1,515.00 | $8,585.00 |
| 01/07/2015 | 3002 | Gould Auction & Appraisal Company | Auctioneer expenses | 3620-000 | | $100.00 | $8,485.00 |
| 01/12/2015 | 3003 | International Sureties, Ltd. | Bond payment bond #016048575 | 2300-000 | | $7.82 | $8,477.18 |
| 01/16/2015 | 3004 | VIRGINIA MAGDALENO AND EMILIO MAGDALENO | Exemption paid to debtors on 2007 Chevrolet Silverado that was auctioned | 8100-002 | | $2,400.00 | $6,077.18 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.99 | $6,067.19 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.84 | $6,058.35 |
| 03/19/2015 | | Trudi G. Manfredo | Bond Premium Adjustment Refund | 1129-000 | | ($2.93) | $6,061.28 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.77 | $6,051.51 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.44 | $6,042.07 |
| 09/06/2015 | 3005 | Trudi G. Manfredo | Trustee Expenses | 2200-000 | | $144.37 | $5,897.70 |
| 09/06/2015 | 3006 | Trudi G. Manfredo | Trustee Compensation | 2100-000 | | $1,520.00 | $4,377.70 |
| 09/06/2015 | 3007 | American InfoSource LP as agent for | Account Number: 3490; Claim #: 1; Amount Claimed: 282.67; Amount Allowed: 282.67; Distribution Dividend: 23.85; | 7100-000 | | $67.42 | $4,310.28 |
| 09/06/2015 | 3008 | Discover Bank | Account Number: 1183; Claim #: 2; Amount Claimed: 2,021.30; Amount Allowed: 2,021.30; Distribution Dividend: 23.85; | 7100-000 | | $482.00 | $3,828.28 |
| 09/06/2015 | 3009 | Capital One Bank (USA), N.A. | Account Number: 6365; Claim #: 3; Amount Claimed: 1,121.88; Amount Allowed: 1,121.88; Distribution Dividend: 23.85; | 7100-000 | | $267.53 | $3,560.75 |
| 09/06/2015 | 3010 | Capital One Bank (USA), N.A. | Account Number: 0063; Claim #: 4; Amount Claimed: 1,844.04; Amount Allowed: 1,844.04; Distribution Dividend: 23.85; | 7100-000 | | $439.73 | $3,121.02 |
| 09/06/2015 | 3011 | Capital One Bank (USA), N.A. | Account Number: 4391; Claim #: 5; Amount Claimed: 1,453.21; Amount Allowed: 1,453.21; Distribution Dividend: 23.85; | 7100-000 | | $346.54 | $2,774.48 |
| | | | **SUBTOTALS** | | **$10,100.00** | **$7,325.52** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-14411-B-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | MAGDALENO, VIRGINIA AND MAGDALENO, EMILIO SANCHEZ | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4797 | Checking Acct #: | ******4411 |
| Co-Debtor Taxpayer ID #: | **-***4798 | Account Title: | |
| For Period Beginning: | 9/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2015 | 3012 | Capital One, N.A. | Account Number: 3511; Claim #: 6; Amount Claimed: 867.58; Amount Allowed: 867.58; Distribution Dividend: 23.85; | 7100-000 | | $206.88 | $2,567.60 |
| 09/06/2015 | 3013 | Capital Recovery V, LLC | Account Number: 9230; Claim #: 7; Amount Claimed: 3,496.17; Amount Allowed: 3,496.17; Distribution Dividend: 23.85; | 7100-000 | | $833.70 | $1,733.90 |
| 09/06/2015 | 3014 | Capital Recovery V, LLC | Account Number: 0042; Claim #: 8; Amount Claimed: 1,909.21; Amount Allowed: 1,909.21; Distribution Dividend: 23.85; | 7100-000 | | $455.27 | $1,278.63 |
| 09/06/2015 | 3015 | Capital Recovery V, LLC | Account Number: 5031; Claim #: 9; Amount Claimed: 661.88; Amount Allowed: 661.88; Distribution Dividend: 23.85; | 7100-000 | | $157.83 | $1,120.80 |
| 09/06/2015 | 3016 | Capital Recovery V, LLC | Account Number: 9586; Claim #: 10; Amount Claimed: 617.40; Amount Allowed: 617.40; Distribution Dividend: 23.85; | 7100-000 | | $147.23 | $973.57 |
| 09/06/2015 | 3017 | Capital Recovery V, LLC | Account Number: 8399; Claim #: 11; Amount Claimed: 776.16; Amount Allowed: 776.16; Distribution Dividend: 23.85; | 7100-000 | | $185.08 | $788.49 |
| 09/06/2015 | 3018 | Capital Recovery V, LLC | Account Number: 7185; Claim #: 12; Amount Claimed: 1,177.18; Amount Allowed: 1,177.18; Distribution Dividend: 23.85; | 7100-000 | | $280.71 | $507.78 |
| 09/06/2015 | 3019 | PYOD LLC its successors and assigns | Account Number: 2654; Claim #: 13; Amount Claimed: 466.86; Amount Allowed: 466.86; Distribution Dividend: 23.85; | 7100-000 | | $111.33 | $396.45 |
| 09/06/2015 | 3020 | PYOD LLC its successors and assigns | Account Number: 1680; Claim #: 14; Amount Claimed: 763.58; Amount Allowed: 763.58; Distribution Dividend: 23.85; | 7100-000 | | $182.08 | $214.37 |
| 09/06/2015 | 3021 | Cavalry Spv I, LLC | Account Number: 9660; Claim #: 15; Amount Claimed: 898.95; Amount Allowed: 898.95; Distribution Dividend: 23.85; | 7100-000 | | $214.37 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $2,774.48 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-14411-B-7 | |
| **Case Name:** | MAGDALENO, VIRGINIA AND MAGDALENO, EMILIO SANCHEZ | |
| **Primary Taxpayer ID #:** | **-***4797 | |
| **Co-Debtor Taxpayer ID #:** | **-***4798 | |
| **For Period Beginning:** | 9/4/2014 | |
| **For Period Ending:** | 11/12/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | Trudi G. Manfredo | |
| **Bank Name:** | Integrity Bank | |
| **Checking Acct #:** | ******4411 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,100.00 | $10,100.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,100.00 | $10,100.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,400.00 | |
| | | | **Net** | | $10,100.00 | $7,700.00 | |

**For the period of 9/4/2014 to 11/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $10,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/07/2015 to 11/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $10,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-14411-B-7 | |
| **Case Name:** | MAGDALENO, VIRGINIA  AND MAGDALENO, EMILIO SANCHEZ | |
| **Primary Taxpayer ID #:** | **-***4797 | |
| **Co-Debtor Taxpayer ID #:** | **-***4798 | |
| **For Period Beginning:** | 9/4/2014 | |
| **For Period Ending:** | 11/12/2015 | |

| | |
|---|---|
| **Trustee Name:** | Trudi G. Manfredo |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******4411 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,100.00 | $10,100.00 | $0.00 |

**For the period of 9/4/2014 to 11/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $10,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  09/04/2014 to 11/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $2,400.00 |
| Total Comp/Non Comp Disbursements: | $10,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDI G. MANFREDO

TRUDI G. MANFREDO